McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY L. GABRIEL,<br><br>    Plaintiff,<br><br>   v.<br><br>MIKE JOHANNS, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE; GILBERT QUINTANA and ROBERT HERNANDEZ; and DAVID FERRELL,<br><br>    Defendants. | No. 2:07-cv-00300-LKK-EFB<br><br><br>STIPULATION TO DISMISS SECOND CAUSE OF ACTION & INDIVIDUAL DEFENDANTS; ORDER |

It is stipulated between the parties as follows:

1. Plaintiff agrees to dismiss Plaintiff's Second Cause of Action;

2. Plaintiff agrees to dismiss defendants Gilbert Quintana, Robert Hernandez and David Ferrell;

3. Defendants agree to waive costs and fees.

1

1
2   DATED:   April 11, 2007          McGREGOR W. SCOTT
3                                    United States Attorney
4
5                              By:   /s/John F. Gisla
                                     JOHN F. GISLA
6                                    Assistant United States Attorney
                                     Attorneys for the United States
7
8
9   DATED:   April 11, 2007           /s/Jean Schaefer
                                      JEAN SCHAEFER
                                      Attorney for Plaintiff

1                                    ORDER
2       Pursuant to the foregoing stipulation:
3       1. Plaintiff's Second Cause Of Action for the intentional
4  infliction of emotional distress is dismissed;
5       2. Defendants Gilbert Quintana, Robert Hernandez and David
6  Ferrell are dismissed;
7       3. Defendants waive their costs and fees.
8  DATED: April 12, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT