McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY L. GABRIEL,<br><br>            Plaintiff,<br><br>    v.<br><br>MIKE JOHANNS, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE<br><br>            Defendant. | No. 2:07-cv-00300-LKK-EFB<br><br>**STIPULATION TO EXTEND HEARING DATE ON MOTION TO COMPEL INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF BY DEFENDANT MIKE JOHANNS, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE** |

THE PARTIES, by and through their counsel of record, hereby agree and stipulate to continue the hearing on Defendant's Motion to Compel the Independent Mental Examination of Plaintiff Debby Gabriel and for records from October 31, 2007, until November 14, 2007.  The parties further stipulate to extend the time for filing the Joint Statement on the Motion from October 24, 2007 until November 7, 2007.  Plaintiff represents that good cause exists for the requested extension since Plaintiff Debby Gabriel is currently in San Diego providing support for the wildfires and thus is unavailable to sign an affidavit for the Motion.  Defendant does not oppose the requested extension.

////

////

////

1  IT IS SO STIPULATED

2  DATED: 10/24/2007                    McGREGOR W. SCOTT
                                        United States Attorney

                            By:    /s/Kelli L. Taylor
                                   KELLI L. TAYLOR
                                   Assistant United States Attorney
                                   Attorneys for Defendant Mike Johanns,
                                   SECRETARY, U.S. DEPARTMENT OF
                                   AGRICULTURE


   DATED: 10/24/2007


                            By:    /s/Jean Schaffer
                                   JEAN SCHAFFER
                                   Law Offices of Jean Schaffer
                                   Attorney for Plaintiff DEBBIE GABRIEL


The court, having considered the stipulated request to extend the deadlines for the Motion to Compel Plaintiff's Independent mental Examination and Records, and finding good cause exists, hereby orders that the Joint Statement shall be filed with the court on or before November 7, 2007, and the hearing on the Motion shall be November 14, 2007.

   SO ORDERED

DATED:  October 25, 2007.

                                   _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE