1  McGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2741

5  Attorneys for the United States

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 | DEBBY L. GABRIEL,                              | No. 2:07-cv-00300-LKK-EFB
12 |         Plaintiff,                             |
13 |     v.                                         | STIPULATION FOR EARLY
   |                                                | SETTLEMENT CONFERENCE
14 | MIKE JOHANNS, SECRETARY, U.S.                  | WITH JUDGE BRENNAN ON
15 | DEPARTMENT OF AGRICULTURE                      | JANUARY 31, 2008 AND ORDER
   |                                                | THEREON
16 |         Defendant.                             |

17

18     Plaintiff Debby L. Gabriel and Defendant Mike Johanns, Secretary U.S. Department of

19 Agriculture, by and through undersigned counsel, hereby stipulate to conduct an early settlement

20 conference with Judge Brennan commencing at 10:00 a.m. on Thursday, January 31, 2008.  The

21 parties believe that sufficient discovery has been conducted to participate in meaningful settlement

22 discussions at this time.  The parties wish to conduct the conference prior to incurring the time and

23 expense associated with extensive expert discovery and depositions.

24     The court did not previously schedule a date for the settlement conference for this action.  We

25 have been informed that Judge Brennan is available, and agreeable, to conduct an early settlement

26 conference for this case on January 31, 2008.  All counsel and parties with settlement authority are

27 also available on January 31, 2008 and will attend the settlement conference.  The parties will send,

28 but not file, settlement conference statements directly to Judge Brennan on or before Tuesday, January

22, 2008.

The parties and counsel appreciate the court's cooperation in scheduling this early settlement conference and assisting with the efforts to try to resolve this action. The parties agree and stipulate that conducting the settlement conference with Judge Brennan will not, in any way, adversely impact his ability to continue acting as the Magistrate Judge for this action. The parties agree that they will not seek to disqualify or otherwise challenge Judge Brennan's ability to hear discovery motions, decide other case related issues, or otherwise fulfill his role as a magistrate judge in this matter.

IT IS SO STIPULATED

DATED: December 13, 2007        McGREGOR W. SCOTT
                                United States Attorney


                        By:     /s/Kelli L. Taylor
                                KELLI L. TAYLOR
                                Assistant United States Attorney
                                Attorneys for Defendant Mike Johanns,
                                SECRETARY, U.S. DEPARTMENT OF
                                AGRICULTURE


DATED: December 13, 2007


                        By:     /s/Jean Schaffer
                                JEAN SCHAFFER
                                Law Offices of Jean Schaffer
                                Attorney for Plaintiff DEBBIE GABRIEL


The court, having considered the stipulated request, and finding good cause exits, hereby orders that an early settlement conference is scheduled for January 31, 2007 and that briefs will be provided to the court on or before January 22, 2008.

IT IS SO ORDERED

DATED: December 14, 2007.

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT